# UNITED STATES DISTRICT COURT
## for the
### District of Maryland

| | |
|---|---|
| United States of America<br>v.<br>Jason Daniel Ort<br>*Defendant(s)* | ) ) ) Case No. 21-mj-1807-TJS ) ) ) ) |

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

2:42 pm, Jun 16 2021
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY  TTS  Deputy

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **December 30, 2019** in the county of **Charles** in the
___ District of **Maryland**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2251(a) | Production of Child Pornography |
| 18 USC 2252A(a)(5)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:

See the attached Affidavit of Special Agent Jonathan Stewart, FBI.

☑ Continued on the attached sheet.

*Jonathan Stewart*
Complainant's signature

Jonathan Stewart, Special Agent, FBI
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: June 16, 2021

*Judge's signature*

City and state: Greenbelt, MD    Hon. Timothy J. Sullivan, U.S. Magistrate Judge
*Printed name and title*