DCG JCC: USAO 2020R00931

FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

JUL 1 2 2021

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CASE NO. 21-mj-1807-TJS |
| | * | |
| JASON DANIEL ORT, | * | FILED UNDER SEAL |
| | * | |
| Defendant | * | |

*******

I, Jonathan Stewart, being duly sworn, depose and state as follows:

## INTRODUCTION

1. I make this affidavit in support of a criminal complaint and arrest warrant.

2. Based on the following facts, there is probable cause to believe that, on or about December 30, 2019, **JASON DANIEL ORT** ("**ORT**"), committed a violation of Title 18, United States Code, Section 2251(a) (production of child pornography) and, on or about September 3, 2020, committed a violation of Title 18, United States Code, Section 2252A(a)(5)(B) (possession of child pornography). I respectfully request that the Court issue the criminal complaint and related arrest warrant under Federal Rule of Criminal Procedure 4(a).

## AGENT BACKGROUND

3. I have been a Special Agent with the Federal Bureau of Investigation ("FBI") since May 2018. Prior to my employment with the FBI, I was a State Trooper with the Maryland State Police beginning in January 2012. The majority of my time with the Maryland State Police was spent assigned to a federal high intensity drug trafficking area (HIDTA) task force, where I was a federally deputized task force officer for both the Drug Enforcement Administration (DEA) and the Department of Homeland Security, Homeland Security Investigations (HSI). During that time, I authored dozens of federal search warrants in furtherance of investigations, as well as authored

1

multiple Title III affidavits and led multiple wiretap investigations. Since being employed with the FBI, I have primarily investigated federal violations concerning child pornography, the sexual exploitation of children, and human trafficking. I have gained experience through daily work related to conducting these types of investigations. I have participated in the execution of numerous search warrants, of which the majority have involved child exploitation and/or child pornography offenses, as well as human trafficking offenses. Many of the child exploitation and/or child pornography search warrants resulted in the seizure of computers, cell phones, magnetic storage media for computers, other electronic media, and other items evidencing violations of federal laws, including various sections of Title 18, United States Code § 2252A involving child exploitation offenses. I have also participated in the execution of numerous search warrants for online accounts, such as email accounts, online storage accounts, and other online communication accounts related to child exploitation and/or child pornography. In the course of my employment with the FBI, I have observed and reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media and within online accounts.

4. The statements in this affidavit are based in part on information and reports provided by other law enforcement and witnesses, and on my experience and background as a Special Agent of the FBI. This affidavit is intended to show only that there is sufficient probable cause for the requested complaint and warrant and does not set forth all of my knowledge about this investigation.

**PROBABLE CAUSE**

*Background and New York Investigation:*

5. On or about October 6, 2020, the Department of the Air Force Office of Special Investigations ("OSI") received information from the Onondaga County (New York) Sheriff's

Office ("OCSO") that **ORT** had been arrested in Syracuse, New York on or about October 2, 2020 for unlawful surveillance, a Class E felony in New York. **ORT** is a First Lieutenant in the U.S. Air Force, assigned to Joint Base Andrews, Maryland. OCSO provided OSI with the following case details.

6.  OCSO interviewed an adult complainant, hereinafter COMPLAINANT, who stated that **ORT** lived in Maryland, but was visiting the COMPLAINANT's family in New York and staying at an Airbnb. On September 31, 2020, COMPLAINANT showed **ORT** her bedroom in her family's residence. On October 1, 2020, COMPLAINANT noticed a camera placed in her bedroom. COMPLAINANT found this camera to contain an SD card which she removed from the camera and reviewed the contents. COMPLAINANT said there was a video file on the SD card that showed a girl, between approximately 5 and 8 years old, using the bathroom and lifting up her dress to wipe herself. COMPLAINANT said the video also showed **ORT** entering the bathroom and adjusting the camera. ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

7.  OSCO officers responded to the Airbnb where **ORT** was staying, and **ORT** agreed to be transported to OSCO headquarters to speak with a detective. After being advised of his *Miranda* rights, **ORT** provided a statement to law enforcement. **ORT** admitted to placing the camera in COMPLAINANT's bedroom on October 1, 2020. **ORT** said he was going to remove the camera before returning to his home in Maryland. **ORT** stated he purchased the camera at a pawn shop and had placed the camera at several different locations. **ORT** admitted to placing the camera in the bathroom of another residence in Wyoming to record another of **ORT**'s adult family members. **ORT** also stated that he placed the camera in a bathroom facing the toilet at ▬▬▬▬ ▬▬▬▬▬▬▬▬▬ residence, located in Pocomoke City, Maryland. **ORT** could not be sure if he

had downloaded the videos onto his personal computer, but stated that he had watched them on the computer from the SD Card. **ORT** said he watched the videos to "get off" and knew his actions were wrong. **ORT** advised that he never uploaded the videos to the internet.

8. **ORT**'s Air Force out-of-state leave records revealed that **ORT** took leave from September 28, 2020 to October 5, 2020 to visit the COMPLAINANT's residence in Syracuse, New York.

9. On or about November 4, 2020, OSI interviewed one of **ORT**'s supervisors who stated that, during a health and wellness check, **ORT** advised that he had confessed to OCSO because the police seemed to be "digging" for more stuff and he did not want them to continue to dig. **ORT** did not advise this supervisor what the OCSO were digging into or why **ORT** did not want that to continue.

10. On or about December 10, 2020, based on **ORT**'s statements that he had placed a camera in the bathroom of a ▓▓▓▓▓▓▓▓ residence in Pocomoke City, Maryland, OSI obtained consent from the homeowners to take pictures of the bathrooms inside this residence for comparison. One of the bathrooms in this residence ("Bathroom 1") was subsequently identified as the bathroom in some of the videos from the SD card, as further described below.

### *Review of the SD Card and ORT's Personal Laptop*

11. During their investigation, OCSO seized multiple electronic items, including **ORT**'s personal Dell Inspiron laptop (the "Dell Laptop"), which **ORT**'s wife provided to OSCO officers at the Airbnb, and the camera with the SD card (the "SD Card") found in the COMPLAINANT's bedroom.

12. On or about October 6, 2020, an Onondaga County Court Judge issued a warrant to search these devices. During their review, OCSO observed a video on the SD Card showing an

8 to 10 year old girl undressing and showering. This video also showed adults and children using the bathroom. In addition, according to OCSO's forensic report for **ORT**'s Dell Laptop, OCSO found hundreds of images of minor females in nude, sexual poses and engaged in explicit sexual acts on the Laptop. These evidence items and reports were turned over to OSI for further investigation.

13. On February 24, 2021, OSI obtained a federal search warrant to search certain electronic devices recovered by OSCO, including the SD Card and the Dell Laptop, for evidence of production and possession of child pornography.

14. A review of the SD card showed multiple videos that depicted minor females using the bathroom and bathing. These videos showed the minor females' vaginas and buttocks. There were also videos on the SD card that depicted adult females using the bathroom and showering. These adult females were identified as **ORT**'s relatives. Below is a description of some of the videos:

- *File "00-00-49_2m-17.mkv":* This video was 2 minutes and 14 seconds long and depicted Bathroom 1. The camera appeared to be affixed under the sink, facing the toilet and the shower. During the video, two minor girls entered the bathroom. ▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, hereinafter Victim 1 ▇▇▇▇▇▇ and Victim 2 ▇▇▇▇▇▇. During the video, Victim 1 undressed and her vagina was exposed to the camera. Victim 2 used the bathroom and then her vagina was briefly exposed to the camera while she wiped her vagina. Victim 1 also danced around in the bathroom and exposed her buttocks to the camera. The date displayed on the video was 1970-01-01.

- *File "00-02-54_2m-5.mkv":* This video was 1 minute and 9 seconds long and depicted

Bathroom 1. A minor girl, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ hereinafter Victim 3 (▮▮▮▮▮▮), entered the bathroom and used the toilet. While Victim 3 was using the toilet, her vagina was exposed to the camera multiple times. The date displayed on the video was 1970-01-01.

- *File "00-03-02_2m-17.mkv":* This video was 10 minutes long and depicted Bathroom 1. This video showed Victim 1 and Victim 2 bathing in the shower with the assistance of an adult female. Victim 1 and 2 were both naked in this video and their vaginas were exposed to the camera multiple times. The date displayed on the video at the beginning of the video was 1970-01-01. At approximately 1:53 into the video, the displayed date changed to 2019-12-28.

- *File "12-58-02_2m.mkv":* This video was 6 minutes and 14 seconds long and depicted Bathroom 1. During this video, Victim 1 and Victim 2 exited the shower and were naked in the video. Victim 1 and Victim 2's vaginas were exposed to the camera during this video. The date displayed on the video was 2019-12-28.

- *File "00-07-28_2m-4.mkv":* This video was 1 minute and 4 seconds long and depicted Bathroom 1. Victim 3 entered the bathroom and used the toilet. Victim 3's vagina was exposed to the camera during this video. Victim 3 was wearing different clothes than she was wearing in file 00-02-54_2m-5.mkv. The date displayed on the video at the beginning was 1970-01-01. At approximately 1:00 into the video, the date displayed on the video changed to 2020-01-18.

- *File "09-11-13_2m.DELETED.mkv":* This video was 59 seconds long and depicted Bathroom 1. A juvenile female, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ hereinafter Victim 4 ▮▮▮▮▮▮▮▮▮, entered the bathroom and used the toilet. Victim

6

4's vagina and buttocks were exposed to the camera. The date displayed on the video was 2019-12-28.

15. A review of the Dell Laptop (**ORT**'s personal laptop) showed hundreds of files of child sexual abuse material (CSAM), which would be considered child pornography as defined in 18 U.S.C. § 2256. The majority of these CSAM files portrayed prepubescent girls. A description of some of these files is described below:

- *File bc378faecb1e096c.jpg:* This file was an image of a prepubescent naked girl lying on her back with her vagina and anus exposed to the camera. The focal point of the image is the prepubescent girl's vagina and anus. The girl's wrists and ankles are bound in purple straps and her ankles are linked together with a chain. The girl's neck is wrapped in a purple strap and she is wearing a purple blindfold. This file had a "Last Accessed" and "Last Write Time" of 08/18/2020.

- *File 77ab7cb4580cbfcf.jpg:* This file appeared to be an image of the same prepubescent naked female as in file bc378faecb1e096c.jpg. In this image, the prepubescent female is naked on her hands and knees performing oral sex on an adult male. The girl's wrist and ankle are visible in the picture and are still bound with purple straps. This file had a "Last Accessed" and "Last Write Time" of 08/18/2020.

- *File 6b2e5075ba5fec43.jpg:* This file was an image of a prepubescent naked girl lying on her back and engaged in vaginal intercourse with what appeared to be an adult male. The prepubescent girl also had a dildo in her mouth. This file had a "Last Accessed" and "Last Write Time" of 09/03/2020.

16. According to OSI, **ORT** did not request leave from work on Thursday, September 3, 2020, the date of the "Last Write Time" for the file 6b2e5075ba5fec43.jpg. Additionally, OSI

has a gate access log showing **ORT** entering the gate of Joint Base Andrews, in Maryland, on the morning of September 3, 2020. Based on this information, it is believed that **ORT** was in Maryland on the date this file was written (meaning created or edited) on his laptop.

### *Electronics Recovered from ORT's Residence in Maryland:*

17. On or about November 13, 2020, Judge Amy Bragunier of the Circuit Court for Charles County, Maryland, issued a warrant authorizing the search of **ORT**'s residence, located at in Waldorf, MD (hereinafter "**ORT**'s residence"). The Charles County Sheriff's Office and OSI executed the search warrant on or about November 16, 2020. During the execution of the warrant, law enforcement recovered multiple electronic devices, including a silver external hard drive (hereinafter "HD1"), a black external hard drive (hereinafter "HD2"), and a black Acer Laptop (hereinafter "Acer Laptop").

18. On February 26, 2021, OSI obtained a federal search warrant to search certain electronic devices recovered from **ORT**'s residence, including the Acer Laptop, HD1, and HD2, for evidence of production and possession of child pornography.

19. A review of HD1 showed multiple video files of interest further described below. These video files all had the same file path and were located on HD1 in the folder "\Jason's Photos\OTS Flight 2-10 (Pictures & Video)\EMLEX (Emergency Management Leadership Exercise)\Info Assurance\." There were multiple videos on HD1 that were the same videos found on the SD card. Some of these files included the videos that depicted the naked minor victims. In many cases, the videos appeared to be a compilation of various clips from the SD card to focus on portions of the recordings in which the minor victims were naked and in view of the hidden camera. Below is a description of two files found in this folder on HD1:

- *File "Cyber Security Info":* This video was 6 minutes and 52 seconds long and

depicted Bathroom 1. This video appeared to be a compilation of files "00-00-49_2m-17", "00-03-02_2m-17", and "12-58-02_2m" from the SD card. The clips from these videos appeared to focus on Victim 1 and Victim 2 when they were naked and in view of the hidden camera. For example, there were several minutes of video from "00-03-02_2m-17" from the SD card where Victim 1 and Victim 2 were behind a shower curtain and not exposed to the camera; this section of the video was removed and not included in the "Cyber Security Info" video found on HD1. This same pattern of editing was consistent with clips of "12-58-02_2m" that were used to make the video "Cyber Security Info." "Cyber Security Info" had a "Last Written" date/time of 12/30/2019 at 7:34 pm. This video also had a "Last Accessed" date/time of 07/13/2020 4:30 am.

- *File "CyberComm2":* This video was 1 minute and 1 second long and depicted Bathroom 1. This video appeared to be a compilation of videos "00-02-54_2m-5" and "00-07-28_2m-4" from the SD card. The clips used to make "CyberComm2" appeared to focus on Victim 3 when she was using the toilet and her vagina was exposed to the camera. The beginning and end of "00-02-54_2m-5" and "00-07-28_2m-4," which showed a clothed Victim 3 enter and exit the bathroom, were removed to make "CyberComm2." "CyberComm2" had a "Last Written" date/time of 1/20/2020 at 6:05 pm. This video also had a "Last Accessed" date/time of 07/13/2020 4:24 am.

20. According to OSI, **ORT** did not request leave from work on Monday, December 30, 2019, the date the "Cyber Security Info" file was last written (meaning either created or edited) onto HD1. Additionally, OSI has a gate access log showing **ORT** entering the gate of Joint Base Andrews, in Maryland, on December 30, 2019.

21. HD1 also contained multiple videos in the same folder that appeared to be

compilations of videos of the adult female relatives that **ORT** filmed while they were using the bathroom and showering. It should be noted that, in all of the videos described above that depicted Bathroom 1, the camera appeared to be focused on the area of the bathroom that would show the pubic area and midsection of individuals in the bathroom, particularly as such individuals were using the toilet or entering the shower.

22. The "Cyber Security Info" video was also found in the Dell Laptop, recovered in New York, in the folder "\Users\netcr\Desktop\Working\Dad's Postal Claim."

23. During the analysis of HD2, a keyword search was conducted which returned multiple pertinent results along with the total number of responses for each keyword. For example, the term "9yo" was found 114 times. There were multiple other search results for the terms "8yo" and "10yo" through "15yo."[1] Additionally, the term "pthc"[2] was found 10 times on HD2. Other keywords that returned multiple results during the keyword search were "underage," "kiddie," "preteen," and "kiddy."

24. A review of the Acer Laptop showed multiple pertinent internet history results. This internet history was under the following Windows user account information:

    User Name: Jason Ort

    Full Name: Kristi Ort

    Profile Path: C:\Users\Jason Ort

25. The internet history of the Acer Laptop showed a Google search on October 7, 2020

---

[1] Through my training and experience, I know the letters "yo" following a number to generally mean "years old". This is commonly used in video files containing child sexual abuse material (CSAM) to denote the age of the child in the video.

[2] Through my training and experience, I know the letters "pthc" to stand for "pre-teen hard core." This is a commonly used term when referring to CSAM.

for "production of child pornography charge." Also on October 7, 2020, Google Chrome showed a web history event for a website titled "Citizen's guide to U.S. Federal Law on Child Pornography."

## CONCLUSION

26. Based upon the foregoing information set forth in this application, I respectfully submit that there is probable cause to support the issuance of the requested criminal complaint and arrest warrant.

*Jonathan Stewart*
Special Agent Jonathan Stewart
Federal Bureau of Investigation

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 4(d) this __16th__ day of June 2021.

_____
HONORABLE TIMOTHY J. SULLIVAN
UNITED STATES MAGISTRATE JUDGE