USDC- GREENBELT
'21 DEC 28 PM 1:03

*KOH*
JCC: USAO 2020R00931

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. TDC21CR501 |
| | * | |
| JASON DANIEL ORT, | * | (Transportation of Child Pornography, |
| | * | 18 U.S.C. § 2252A(a)(1); Forfeiture, |
| Defendant | * | 18 U.S.C. § 2253, 21 U.S.C. § 853(p), |
| | * | 28 U.S.C. § 2461(c)) |
| | * | |

******

## INFORMATION

### COUNT ONE
**(Transportation of Child Pornography)**

The United States Attorney for the District of Maryland charges that:

Between on or about September 28, 2020, and on or about October 1, 2020, in the District of Maryland and elsewhere, the defendant,

**JASON DANIEL ORT,**

did knowingly transport any child pornography, as defined in Title 18, United States Code, Section 2256(8), using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer.

18 U.S.C. § 2252A(a)(1)

## FORFEITURE ALLEGATION

The United States Attorney for the District of Maryland further finds that:

1. Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 2253, 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), as a result of the defendant's conviction of the offense alleged in Count One of this Information.

### Child Pornography Forfeiture

2. Pursuant to 18 U.S.C. § 2253, upon conviction of the offense set forth in Count One of this Information, in violation of 18 U.S.C. § 2252A, the defendant,

**JASON DANIEL ORT,**

shall forfeit to the United States:

   a. Any visual depiction described in 18 U.S.C. §§ 2251 or 2252A, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, received, or possessed in violation of Title 18, United States Code, Chapter 110;

   b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and

   c. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offense.

3. The property to be forfeited includes, but is not limited to, the following electronic devices:

a.  a round black spy camera with a 128 GB Samsung SD card (serial number MB-ME128G MBMEDGVGQAFW-T KNGH4HWAJ937) and T-Mobile SIM card recovered in Syracuse, New York, on October 2, 2020;

b.  a Dell Inspiron P69G laptop with a 256 GB LiteOn Solid State Drive (serial number 2WZ4TJ2) recovered in Syracuse, New York, on October 2, 2020;

c.  a 1 TB Western Digital hard drive (serial number WX61A6137711) recovered during execution of a state search warrant at the defendant's residence in Waldorf, Maryland, on November 16, 2020;

d.  a 500 GB Western Digital hard drive (serial number WXF0A59S7892) recovered during execution of a state search warrant at the defendant's residence in Waldorf, Maryland, on November 16, 2020; and

e.  an Acer laptop with 1 TB Seagate hard drive (serial number NXG3HAA00155304C3B7600) recovered during execution of a state search warrant at the defendant's residence in Waldorf, Maryland, on November 16, 2020.

**Substitute Assets**

4.  If any of the property described above, as a result of any act or omission of the defendant:

a.  cannot be located upon the exercise of due diligence;

b.  has been transferred or sold to, or deposited with, a third party;

c.  has been placed beyond the jurisdiction of the court;

d.  has been substantially diminished in value; or

e.  has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property described above pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b) and 28 U.S.C. § 2461(c).

18 U.S.C. § 2253
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

Date: December 28, 2021

*Erek L. Barron* /kcc
Erek L. Barron
United States Attorney